# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **JAMES E. LEMARR,** | ) | |
| Plaintiff, | ) ) | Case No. 2:22CV00026 |
| v. | ) ) | **ORDER** |
| **MARTIN J. O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) ) | J UDGE J AMES P. J ONES |
| Defendant. | ) ) | |

It appearing that no objections have been timely filed to the Report filed January 16, 2024, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Plaintiff's Motion for Summary Judgment is DENIED; and

3. The Defendant's Motion for Summary Judgment is GRANTED.

A final judgment will be entered herewith.

ENTER: February 7, 2024

/s/  J AMES P. J ONES
Senior United States District Judge