# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **JAMES E. LEMARR,** | )<br>) |
| Plaintiff, | ) Case No. 2:22CV00026<br>) |
| v. | ) **JUDGMENT**<br>) |
| **MARTIN J. O'MALLEY,**<br>**COMMISSIONER OF**<br>**SOCIAL SECURITY,** | ) Judge James P. Jones<br>)<br>)<br>) |
| Defendant. | ) |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: February 7, 2024

/s/  James P. Jones
Senior United States District Judge